January 23, 2020

The Honorable Judge William F Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Kuntz:

My name is Kathleen Indelicato and I am a victim of John Doe #1, and a witness to the second meeting between John Doe #1, whom I know as Matt ▮▮▮▮ myself, my son, and Anthony Licata. I have known Anthony Licata for approximately four years. Currently, I live in New Jersey.

Matt was given a job by my late husband because he is the nephew of a family friend. My husband took him under his wing and treated Matt generously and wonderfully. After my husband's unexpected and too early death in May 2016, I had to take over the operations at the auto body shop. During this time I relied on Matt to help, trusting him due to his being the relative of a close family friend and because of his work under my husband. Unfortunately, I did not know that Matt had been taking advantage of my husband's kindness and would soon take advantage of me by stealing from me.

Anthony Licata was a true and kind friend to me. He was originally a childhood friend of my husband Jay. When my husband died, Anthony offered his condolences and support. Anthony would stop by and visit me occasionally as he knew that I was in mourning and struggling to manage the responsibilities of the shop. Anthony was one of my husband's only true friends who continued to stay in touch with me. I never asked Anthony for anything and he never asked me for anything. He simply visited me and checked in on me out of the kindness of his heart. Anthony provided me with both emotional support and sound business advice after I confided in him about the difficulties that I was having.

I tried to manage the shop the best that I could. However, in October 2016, I suffered a heart attack and I was hospitalized for approximately a week. After I returned, and tried to organize and understand the status of the old and new work at the shop, I discovered evidence that made me think that Matt was defrauding me and my customers and stealing.

Anthony knew of my heart condition and he came by the shop to see how I was doing. When I discussed my concerns with Anthony, he told me that I should fire Matt, but I hesitated. This was my mistake as Matt was having associates perform work on customers' vehicles after hours operations through the shop and directly collecting the money for the work. For example, I later learned that Matt set up a Paypal account and had a customer pay him directly into that account.

I eventually confronted Matt but he attempted to blame other workers and tried to get rid of them. I'm sure it was because they were interfering with his criminal scheme. One of my workers even said that Matt admitted to wanting to get people who were interfering with his plans out of the way. I still hesitated because I couldn't believe that Matt would take advantage of me given our kindness to him. Then, I caught Matt red-handed in the middle of the night taking tools and equipment out of the shop.

It turned out that he had taken various items and was setting up his own auto shop in New Jersey. Out of my allegiance to my friend, I still did not want to do anything that would make things any more difficult for Matt; I just wanted my property back. Still, as anyone would think, my son and I were very upset with being so betrayed by Matt and it was Anthony who told us that we should not do anything wrong, and that Matt, who wore a freemason ring, would work things out with us since my late husband was also a freemason, and that was how things were done by this group. To no surprise, I later learned that Matt was just lying about that too.

Anthony offered to set up a meeting for us so we could work things out, which he did. Matt, my son, myself, Anthony and a friend who was driving Anthony, met at a diner in Staten Island. At the meeting, I confronted Matt with the things he had taken,

and he admitted to some of what he had done, including stealing the rims and tires off of my son's car. We worked out an agreement that Matt would return the items he stole from me. He claimed to be out of work but promised that he would stay in touch with me. At no time, were any threats made to Matt—in fact, just the opposite. We still treated him cordially.

Matt never made good on his promise. I just decided to drop it because I had more pressing issues to deal with. I needed to concentrate on running the shop by myself and taking care of my health and my family, and I didn't want to be bothered with him anymore.

It saddened me greatly when I found out that Anthony Licata had been arrested. Never in a million years would I have imagined that Matt would try to turn the tables and divert his wrongdoings onto someone else. Anthony Licata was only trying to help me and does not deserve to go to jail.

Thank you,

Kathleen Indelicato

January 23, 2020

The Honorable Judge William F Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Kuntz:

My name is Anthony Indelicato and I am the son of Kathleen Indelicato. In 2016 my father passed away unexpectedly. My father had been running the family auto body repair shop, Wave Street Auto Body, for almost 20 years with the help of my mother. I knew that it was going to be a big burden on my mother running the business alone so I decided to put my schooling on hold and dedicate my time to helping my mother run the family business. Matthew ████ was hired by my father before his passing, who offered to stay on and help manage the business. Never in a million years did I imagine he was up to no good and was a deceitful individual.

Many of my father's friends offered their condolences right after his passing but did not keep in touch. Anthony Licata, a longtime friend of my fathers, was a true friend who stayed in touch of the kindness of his heart. He would call or stop by to see how we were doing out.

Shortly after my father passed away, my mother had a heart attack. The doctor said the heart attack was caused by stress. While she was recuperating and not at the body shop, Matthew ████ took this opportunity to do body work for cash and kept the money for himself. We didn't know he had been doing cash jobs late at night. My mother and I would leave the shop and head home around 7:30/8:00 pm and Matt would come back around midnight knowing that we would not be back at the shop until the next morning. It was very upsetting when we realized that the person we trusted had deceived us and was stealing from us.

Anthony Licata set up a meeting with Matt to go over a list of items my mother had prepared of what Matt had done and what he had taken. My mother, myself, Anthony and Anthony's friend met Matt at a diner. My mother and I went over the list item by item with Matt. Matt agreed to contact my mother to return the equipment he had taken and said that he would start repaying her. The meeting was very civil and at the end of the meeting everyone shook hands and parted ways. Of course, Matt was a just a liar and a thief.

Matt never contacted us again and never returned phones calls my mother and I placed to him. Anthony told me that my mother was right, we needed to move on and put it in the past. I was shocked when I found out that Anthony Licata had been arrested. Anthony is a good person and had only helped us in my eyes. He was just a concerned friend who offered moral support to a widow and her son and the real criminal here was Matt.

Sincerely,

Anthony Indelicato
Anthony Indelicato

Feb 24, 2020

Honorable Judge: William F. Kuntz
United States District Judge
Eastern District Judge
225 Cadman Plaza East
Brooklyn New York 11201


Re: United States VS Licata 18-cr-337(WFK)

Dear Judge Kuntz,

Your Honor my name is Christine Licata, I am the wife of Anthony Licata we are married for 25 years. I am a stay at home wife and mother. My family means the world to me.  In 2012 I was diagnosed with breast cancer which left me mentally and physically exhausted, at that time in my life I realized how wonderful and devoted Anthony was to our family,  At that time Anthony had his own health issues to deal with, he was hurt at work and required 3 surgeries of his own but put himself aside and became mother and father to our sons as well as taking care of me. He took on all the responsibilities of ensuring a normal day to day routine of simple family life He made a terrible situation appear minute for the children's well being as well as mine.

My husband Anthony Licata is a devoted father his unconditional love for our family goes above and beyond.  We have 3 sons my oldest son is 24 years old he is attending Touro Law School, my middle son is 22 years old and is a Union Worker. My youngest son is 14 years old and is currently a freshman in High school.

Anthony's first priority is his family, if I had to name his strongest priority it would be his role as a father, Anthony's main priority is our children's education his constant encouragement to achieve academic excellence is their assurance to succeed their greatest potential.  He is a positive daily influence on our children.

On Feb 17 2019, I lost my mother to dementia,  my husband, Anthony has since then taken on the responsibility of taking care of my elderly father on a daily basis. He makes sure he has groceries in the house and takes him to doctor's appointments assuring his medications and daily necessities are taken care of. He is his primary caregiver. An asset to his well being.

Anthony is also a life coach for my sister Jennifer who suffers from bipolar disorder often spending many countless hours consoling her. She often relies on him for reassurance and guidance when confronted by the mental episodes this disease inflicts on her at times.

Anthony  currently volunteers his time in our community with the Organization called CHIPS AND SALT,  and SEA MISSIONS, he delivers food to homeless shelters often I accompany him.

These shelters are filled with so many unfortunate human beings of all races and religion. There gratitude and appreciation for all he does is overwhelming.

Judge Kuntz, Anthony is much more than a wonderful husband and father he extends himself far greater than most. Please if I may ask for leniency on behalf of my family, I would like to request if you may take into consideration the wonderful selfless person he is and realize the effect and outcome of Anthony,s future will greatly impact all of our lives.

Respectfully

Christine Licata

Feb 23 2020

Honorable Judge: William F Kuntz
United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: United States VS Licata 18-CR-337(WFK)

Dear Judge Kuntz,

My name is D████Licata I am Anthony Licata son, I am 14 years old I attend St. Peters High School, I play football and I am involved in science club at my school my parents encourage me every day to do well and try my hardest academically and in all I do.

My father Anthony Licata is a great man and loving father to me, we spend constant time together, he supports my love for football, attends every practice and every game. He encourages me even when my performance is at its worst, always leading me to believe I can do better. My dad and I do everything together he takes me fishing and scuba diving, he takes me upstate and we go riding on our quads, sometimes we go swimming in the pond, my dad is my best friend.

When I was 7 I was diagnosed with separation anxiety, my mom had been diagnosed with breast cancer I was so scared of losing her my dad was hurt badly at work and also needed 3 operations, he had to have 3 surgeries but even though my dad was suffering himself he put us first and took care of us, he did everything for me and my brothers and my mom. My dad made me feel everything was going to be ok.

Judge Kuntz I would like to ask for leniency for my dad, please he means the world to me and I need him with me.

Thank You.

D████Licata

February 25th 2020

Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Licata 18-CR-337(WFK)*

Dear Judge Kuntz,


My name is Joseph Licata. I am 24 years old and have just started my first year of law school at Touro Law Center. This has been a life long dream of mine, and I wouldn't have made it this far without the love and support of my parents.

As all good fathers should be, my father is the most influential figure in my life. He is always pushing me to do my best, reach my goals, and most importantly to never give up no matter what. He is a great man, a good friend, and a loving father. He's the type of guy to be there for you when no one else is. He is always encouraging you to pick yourself up no matter what hardships you may be facing.

Throughout my whole life, I've suffered from anxiety. If there is one person who I could always count on no matter what, to pick me up when I was down, or to give me that surge of courage and confidence that I needed to get through my day, it was my dad.

My dad is an essential figure in my family. He took care of my mother when she was suffering from cancer, sat with my grandmother day after day when she was diagnosed with dementia, and on top of all that still managed to be the best dad any son could ask for. If there is one common trend in all of these examples of his compassion, it's the fact that my dad, Anthony Licata, was always there for his friends in family no matter how many odds were stacked against them.

Judge Kuntz, I am asking you from the bottom of my heart to show leniency to my dad, and to take into consideration how important he is to myself, my family, and all of those who call him their friend.


Thank you,

Joseph Licata

Grace and Giuseppe Licata
2755 Bath Avenue
Brooklyn, NY 11214

February 20, 2020

The Honorable Judge William F. Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States vs. Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F. Kunitz, II,

As parents of Anthony Licata, to describe his character is very extremely easy.

As a child our son was always a very caring and respectable son. He has always helped others to strive
and achieve their goals. As a Christian family we practice our faith. Anthony was an alter boy for many
years, and was always complimented for excellent efforts he made. He attended Catholica school and
did very well. The priests and nuns were his best friends.

Growing up he was a big help to his grandparents. Anthony was always there for them. He took them
wherever and whenever they needed to be somewhere. His grandparents did not speak English, and he
translated for them.

Anthony is very well involved in helping the homeless. He brings food to homeless shelters, and at times
even brings them clothes. As parents we are also involved in our church and community.

Our son has grown up to be a great father to his three sons. He is very much involved in their activities.
He attends his youngest son D    s football games and never misses one. He is a wonderful, loving
husband, a great son, brother and uncle. His love for his family and friends is outstanding and he is
always there for them.

As parents, we are asking for leniency upon sentencing, and would appreciate in taking this
consideration to heart.

Respectfully yours,

*Grace Licata  Giuseppe Licata*

Grace and Giuseppe Licata

JENNIFER VINCELLI
QUEENS, NY

FEBUARY 25, 2020

HONORABLE WILLIAM F. KUNTZ II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
225 CAMDEM PLAZA EAST
BROOKLYN, NEW YORK 11201

MY NAME IS JENNIFER VINCELLI AND I AM ANTHONY LICATA'S SISTER-IN-LAW. I HAVE KNOWN HIM FOR OVER 25 YEARS. MY SISTER MET A GREAT MAN WHEN SHE MET ANTHONY I WILL TELL YOU WHY. I MYSELF SUFFER FROM DEPRESSION AND ANXIETY AND SUFFERED FROM ADDICTION. SINCE IM 19 YEARS OLD HE HAS BEEN THERE TO HELP. HE CAME FULL FORCE KNOWING WHAT MY FAMILY WAS DEALING WITH AND WENT IN 100% TO HELP. AT TIMES HE WOULD TAKE ME IN TO LIVE AT HIS HOUSE WORRYING FOR MY SAFETY AND TO TAKE THE WEIGHT OF MY PARENTS AT THE TIME. HE WAS & STILL IS MY CARETAKER. IF I FEEL SICK OR DOWN I CALL HIM. THIS HAS BEEN SINCE IM A TEEN I AM NOW 44. I TELL EVERYONE THAT IF IT WASN'T FOR ANTHONY I WOULD NOT BE ALIVE. HE HAS BROUGHT ME OUT OF VERY DARK PLACES AND IS THE ONLY ONE THAT CAN DO THAT AND I WILL FOREVER BE GREATFUL. NO MATTER HOW LIFE CAN BE HECTIC FOR HIM HE WILL MAKE A WAY TO BE THERE FOR ANYONE. HE PUTS EVERYONE FIRST, THEN HIMSELF. WE LOST OUR MOTHER THIS YEAR AND HE STOOD BY MY SISTERS SIDE, BY ALL OUR SIDES THROUGH HER TERRIBLE DISEASE AND TILL HER VERY LAST DAY. HE IS THE ROCK & GLUE TO MY FAMILY, THE ONE I TURN TO BEFORE MY OWN SISTERS.

HE IS A GREAT FATHER TO MY THREE NEPHEWS WHO ARE RESPECTFUL, HARDWORKING, EDUCATED ONE ACTUALLY GOING TO SCHOOL TO BE A LAWYER. HE IS A LOVING BROTHER, UNCLE & MOSTLY I SEE A LOVING SON WHO IS ADORED BY HIS PARENTS.

ALL OF HIS FRIENDS ARE LIKE BROTHERS TO HIM AND EVERYONE IS FAMILY. WE ARE ALWAYS WELCOMED. I HAVE NEVER SEEN HIM UNHAPPY, ALWAYS LAUGHING & TRYING TO MAKE YOUR DAY BRIGHT. FAMILY IS FIRST, HE ALWAYS TELLS ME.

MY FATER IS NOW 87 YEARS OLD AND HE MAKES SURE TO LOOK AFTER HIM SINCE MY MOTHER PASSED. HE TAKES HIM TO LUNCH, SPENDS TIME AT THE HOUSE SINCE I WORK ALOT AND TAKES HIM TO THE CEMETARY FOR SUPPORT. HE GIVES HIS TIME AND HEART TO MY OWN BLOOD MORE THAN ME.

I DO NOT CONSIDER ANTHONY TO BE MY BROTHER-IN-LAW HE IS THE BROTHER I NEVER HAD.


RESPECTFULLY
JENNIFER VINCELLI



# *Huguenot Lodge No. 381, F. & A. M.*

R∴W∴William Navallo
*Secretary*
339 Monmouth Road
Freehold, NJ 07728

February 21, 2020

To whom it may concern:

    I am writing this letter on behalf of Mr. Anthony Licata. I met Anthony in 2002 when I was soliciting donations for the Richmond Masonic Districts underprivileged children's Christmas party. Anthony was very generous and since that time has supported the underprivileged children's party not only financially but also by volunteering his time shopping and wrapping presents for the children. It was during one of these shopping trips that Anthony met Mr. Jay Indelicato who was a member of our fraternity, Anthony and Jay became good friends. When Jay passed away Anthony spoke to Kathleen ( Jay's wife ) and offered to help her at the body shop. It was during this time that Anthony became more closely acquainted with Matthew████, Matt attempted to get close to Anthony by telling him that he (Matt) was a Mason knowing that Anthony had developed many friendships with various Mason's. I checked and found that Matthew████was lying and that he was not nor never had been a Mason in any Masonic Jurisdiction. I hope that this letter helps give you a little insight into not only the type of person that Anthony is but also the type of person that Matthew████is. I thank you for your time in this matter.

Yours Truly

*[signature]*

William Navallo

Chairman Underprivileged Children's Christmas Party

Secretary Huguenot Lodge # 381 F&AM



# Salt & Sea Mission Church Inc.
**2417 Stillwell Ave**
**Brooklyn, New York 11223**
**Email: saltandsea1530@aol.com**

January 17, 2020

The Honorable Judge William F Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Salt & Sea Mission Church Inc. is a food pantry for the past 30 years in the Coney Island Community that has food pantry on Sunday, Tuesday and Thursday we serve 285 families per days of serves. The people who we serve are homeless, seniors, single mother family with children, and low income working family. We receive grants from New York City Food Bank, and City Harvest. Salt & Sea Mission is all volunteers and Summer Youth employment for Dept. of Youth and Service.

Mr. Anthony Licata is a blessing he comes to the pantry once a week and blesses us with cooked food that we give to homeless and seniors and family in need. Anthony also blesses us with second hand clothing, which help our seniors and homeless from the cold weather and keeping warm.

Our people say God Bless Anthony for the work he does to make this happen and put food on their table Amen.

In His Service,

Salt & Sea Mission Church, Inc.

*Toyin Fukumoju*
Manger of Food Pantr



PARK SLOPE CHRISTIAN HELP, INC.
200 FOURTH AVENUE · BROOKLYN, NY 11217-3780
(718) 237 - 2962

November 1st, 2019

To: The Honorable Judge William F Kuntz II

This Letter is to confirm that **Anthony Licata** has been volunteering his services here at **Park Slope Community Help (CHiPS)** located at 200 4th Avenue, Brooklyn, NY 11217.

**Anthony Licata** participates once a week at CHiPS, he donates his time and much needed donations to our Organization. **Anthony Licata** is a valuable asset to our organization.

Please feel free to contact me for any further information at 718 237 2962.

Sincerely,
Janice Lebby

Vincenza Licata
19 Dexter Lane
Jackson, NJ 08527

February 20, 2020

The Honorable Judge William F. Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States vs. Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F. Kunitz, II,

My name is Vincenza Licata, I am Anthony Licata's aunt. I can say that he has always been a wonderful and caring nephew. I have two daughters, and no sons. Anthony was their big brother. He was always there for them. They attended the same Catholica school, and he made sure that they were safe. He would watch them cross the street and get home.

Helping and respecting others was, and is, his gift. He has shown much love for my family and is very caring for my 14 year old grandson who is autistic.

As I have stated in this short letter, Anthony is still the same caring and respectful man he has always been. He is a great father to his children and a wonderful husband. He is loved by everyone.

I am asking for leniency for my nephew upon your sentencing.

With respect,

Vincenza Licata

Frances Gaudio
1458 81st Street
Brooklyn, New York 11228


January 15, 2020


The Honorable Judge William F Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


RE: United States vs Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F Kunitz, II

My name is Frances Gaudio and I am Anthony Licata's sister. I am writing to provide character reference and to respectfully request leniency upon sentencing.

Our parents, Giuseppe and Grace Licata bought us up with good morals such as; responsible, compassion, generosity, kindness and respect for others. My brother(Anthony Licata) and I have also had a close bond since childhood until present . We are always there for each others through good and difficult times . I was diagnosed with Multiple Sclerosis several years ago and life has been difficult , but my brother is always there for me , whether it is to cheer me up or or give me pep talk.

Anthony is a caring, loving individual who shows kindness , compassion and is a generous person to all. He is a dedicated husband and father to his wife and sons. When his wife was diagnosed with breast cancer, he was there every step until she recovered. My daughters, Brittany, Taylor and Nicolette love and adore him. They can talk to him about anything and he gives them his opinion or advice.

Our cousin passed away leaving his wife and two children, which was devastating to the entire family. Anthony is there for them and our family always for mortal support. He is a valuable member of my family, friends ,community and is a good human being. He is thoughtful of others, he goes every week to the homeless shelter with food and sometimes clothes from friends and family.

It is my sincere hope that you take this letter into consideration at the time of sentencing.

Sincerely,

Frances Gaudio

Frances Gaudio

Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***United States v. Licata 18-CR-337(WFK)***

Dear Judge Kuntz,

I am writing in behalf of my cousin Anthony Licata. I have known Anthony my whole life, living only 2 blocks away from him growing up. The Anthony I know is a hard workingman; and a dedicated husband and father. Anthony has raised 3 wonderful boys, 2 of which are now outstanding young men. He is also a good neighbor and friend, always volunteering to help. He has been with his kids every step of the way growing up and is a great father. Great person to be around and just have laughs. He loves the country and wildlife, and just taking it easy upstate. He enjoys spending time with his family, including a large extended family of parents, cousins, sisters-in-law's, and aunts and uncles. He is loved and trusted by all his friends and family. Anthony has been there for my family and my entire life, me. He is like a brother to a best friend and me.

Sincerely,
Anthony Grech

2-24-2020

Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Licata 18-CR337 (WFK)

Dear Judge Kuntz,

I am Anthony Licata's brother in law. My name is David Jiménez. I live in Nassau County with my wife and daughter in a house we've owned for over 16 years.

I've worked as a doorman at a private residence building on the Upper West Side of Manhattan for over 15 years and I also work as a labor foreman for a construction company in New York city.

I met Anthony about 25 years ago. It was a couple of weeks after I met my wife who is Anthony's wife's sister and he almost immediately felt like family to me.

We share the same values, we grew up raised by loving, hard working families. Anthony is dedicated to his family. I'm always happy to see Anthony. He's sincere, he's always there to listen and lend a helping hand.

He was there to help our mother in law when she became ill until the end.

Hes always there for my father in law who's elderly and in need of help.

He's a loving dear uncle to my daughter.

When things started going downhill at my second job and I was becoming worried it was Anthony trying his best helping me find opportunities for work.

I'm writing this letter because we care about him.

My family and I are worried and hoping your honor / the court show leniency for him.

Thank you.

Respectfully,

David Jimenez - _(signature)_

Denise Jimenez / _Denise Jimenez_

Jasmine Jimenez _Jasmine Jimenez_

Gaudio
1458 81st Street
Brooklyn, New York 11228

February 18, 2020

The Honorable Judge William F. Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F. Kunitz, II

My name is ▌▌▌▌ Gaudio and I'm Anthony Licata's niece.I'm writing you this letter to tell you about one of the most amazing person I know. My Uncle Nene(Anthony Licata) is extremely generous and kind hearted person, He is always giving back especially in Florida. He gives homeless people that have no food his extra meals, and if he cant find anyone he will keep driving and looking. I go to my Uncle Nene for advise because I know he wont sugarcoat anything and he will always tell me the truth. When your sad, he knows exactly how to cheer you up. He is always there for me in my heart and since he lives across the street, he is there for me literally too.

My Uncle Nene never hesitates to help anyone, I have 5 uncles in total on my mom and my dad's side. I love all my uncles the same but I don't really see any of my uncles from my Dad's side ,so my Uncle Nene is my favorite, but don't tell my other uncles that.

I want to tell you a story of my Uncle. He raised 3 amazing children with my Aunt Christine. I just recently received Confirmation, I chose his son Anthony to be my sponsor because my uncle and my aunt taught their children so well, that I look up to them all. Uncle Nene always told me and my sisters that we were his daughter that he never had. In my family, my cousins are like brothers and my uncle and aunt are like another set of parents to me.

When my cousin Victor passed away my uncle was absolutely devastated. He still has a picture in his house of the two of them. We all miss him dearly but he is with us in our hearts. My uncle goes to the homeless shelter every week and brings food and sometimes bags of clothes from family and friends. He is truly one of the most important people in my life because of how caring and loving he is escapcially to strangers.

I really appreciate you reading my letter and I hope I gave you valuable information on how my uncle is the greatest person I know. I wish you to have a great day or night whenever you are reading this letter.

Sincerely ,

Gaudio

Gaudio

Taylor Gaudio
1458 81st Street
Brooklyn, New York 11228

January 13, 2020

The Honorable Judge William F. Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F. Kunitz, II

My name is Taylor Gaudio and I am Anthony Licata's niece. I am writing to give you a character reference for Anthony Licata. My Uncle Nene( Anthony Licata) is a second father to me. I have spent my entire childhood with him and my Aunt Christine. Uncle Nene is always there to help me when I'm in need , advises me when I am lost, and encourages me to be best I can be. He has and will always be there in good times and in bad. He treats me and my two sisters' like his daughters. He jokes about it and tells us we are the daughters he never had. He is thoughtful, and always helping others.

I would like to tell you a little story , we are Catholic and are baptized as infants. My parents chose my Godparents for me. I also thought Godparents were suppose to be there for you , for guidance, support  and watch you grow up . My godparents divorce and I never saw my Godfather again. My Uncle Nene has also been there for me and he is a loving and caring person. I went to speak to our pastor and asked him if I could legally change my godfather. He told me that unfortunately my baptismal certificate couldn't be changed but I could choose someone else to take the place of the absentee godfather.  I made a copy of my baptismal certificate went to my Uncle Nene and ask him is he would be my Godfather and he accept.

I love my uncle very much, he is an amazing father to his kids and wonderful husband to my Aunt Christine. We are fortunate to have him as part of our family.

Thank you for taking the time to read my letter and I would only ask for leniency.

Sincerely,

Taylor Gaudio

Taylor Gaudio

Feb. 2.2020
Honorable Judge: William F. Kuntz
United States District Judge
Eastern District of New York
225Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs. Licata 18-CR-337(WFK)

Judge Kuntz,


Your honor, I would like to take this opportunity to provide you with a greater picture of the man Anthony Licata is, as I know him to be for the past 25 years. We are neighbors as well as friends, our children are the dearest of friends. In our 25 years of friendship i have witnessed a man who is a nurturing loving and compassionate human being, who has an overwhelming desire to help everyone. He possesses a positive personality and is just a pleasure to have in your company.

One day Anthony said to me, Antoinette I would love to help feed people in need, he went on to explain he had been on vacation in Florida and there was a gathering witch had so much left over food, he said there was so many elderly seniors where he lived who he knew would benefit from a good meal, he then took the left over food and brought it to them, he was so overcome with the appreciation they showed with his simple act of kindness. From that one time he had the desire to gather food and beverages from local restaurants and personally deliver it to the less fortunate, a selfless act of kindness, for no apparent reason other then the desire to help others less fortunate and in great need. He is an asset to the community.

Anthony is a wonderful husband and father to his three sons, they are his priority in life. His compassion and love for family is beautiful. He is a positive daily influence in raising his children, providing guidance and structure toward their future as great men.

Joseph is 24 years of age studying law with the guidance and support of his father. Anthony is 21 and is following his father"s legacy and pursuing a career as an operating engineer with his father's guidance and support. Daniel is 14 and has just entered St. Peters High School dad is supporting his studies and sports activities.

Your Honor, Anthony is 100% percent involved in the well being of his children. His encouragement and guidance for the well being of their future is of utmost importance to them.

Your Honor, please take into consideration his wife and children for their well being will gratefully be affected by the decision you will be making.

Respectfully,
Antoinette Melfi

Brittany Gaudio
1458 81st Street
Brooklyn, New York, 11228

February 24, 2020

The Honorable Judge William F. Kunitz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

RE: United States vs Anthony Licata 18-CR-337 (WFK)

Dear Honorable Judge William F. Kunitz, II

My name is Brittany Gaudio, I am one of Anthony Licata's nieces. Anthony Licata is my uncle, but also my God Father. Anthony Licata is someone I look up to, but also respect very much in life besides my own father. My Uncle Nene (Anthony Licata) has done so much for my family and me. There are many stories I have that proves he is a wonderful, caring and incredible man.

My Uncle Nene is a man that I am proud to have in my life. If I had to choose between any of my uncles he would be my top choice to always have around. My Uncle Nene is a very trustworthy man. Living across the street just means I get to see him all the time and tell him anything from what happens at home to what happens at work. It's something I love very much, being able to walk across the street to each other is one of the best things because I know that there is always somewhere for me to go to just have someone to talk to.

My Uncle believes that the little thoughts go a long way. It is why three years ago we started a tradition where his boys, me and my sisters would exchange Christmas gifts. It was a way for us to all bond, a way for us that no matter the price we should always be there for each other. He believed the little things are what count most in life which is why he started giving food, and clothes to the homeless. To him that little exchange means the world to him and it encourages him to do so much more.

My Uncle is the most caring man I know, again besides my own father. When I was maybe 4 years old, I had this dog. I named him after my favorite Disney movie, Tarzan. Not only was Tarzan my favorite movie but he was my favorite dog. He was a Rottweiler and I loved him very much, but one night I had woken up and saw he was missing from our yard, he had disappeared and the only thing left was a giant hole in our gate. That might have been one of the most devastating days of my 4 year old life. I just remember all I wanted was for my dog to come back home. And that's what I told both my dad and uncle Nene. They were out all night looking for Tarzan calling and searching asking if they had seen Tarzan anywhere. They had found him the next day at an Animal Shelter in the city. Anthony Licata is the only man I know that would have done that, it does not matter that I am his niece, or god daughter. Anthony Licata is the most thoughtful man he would have done it for anyone.

My uncle is the most caring man. In February 2015 I turned 16, a normal 16 year old would have gone right out and taken their permit test but I didn't, and when my uncle noticed my mom (his sister) still driving me around he made it his mission I guess you could say, to take me to get my permit. He gave me a week to study and then took me, long story short I didn't pass the first time but my uncle believed in me and said he would take me again when I was ready to get my permit. He did, on October 1st, he took me again to take my permit test and I passed. He was the only one who believed that I could do it this time. My Uncle Nene is the only man who would have done this, none of my other uncles would have taken me to take my permit test which is why my Uncle is the most caring man. He then made it his mission/ tradition to also do the same with my sister Taylor.

Anthony Licata is a great, caring, and wonderful son, brother, husband, father, uncle and friend to everyone around him. Everyone loves him so much, he encourages everyone. He is a man who gives great advice to my sisters and I. He is someone who I know can always make me laugh no matter the situation. He is someone I know I can always go to and when he was away those 6 months it was hard, he missed so much no letter is good enough to talk to someone you need everyday in your life. He is someone I know I can always go to. He treats my sister and I like his own. We are his little chickies. Anthony Licata is the most thoughtful, caring, respectable, dependable, reliable, trustworthy man I know, no one lives up to him in my eyes. And I believe anyone you talk to would agree with me on that. I could go on and on about what a great man he is but I know a respectable Judge like yourself has much to do, and I will leave you with this, Anthony Licata is a great man and we are all very blessed to have someone like him in our life and family.

Thank you for taking the time to read my letter. I only ask for leniency.

Sincerely,

Brittany Gaudio

February 13th, 2020.

To Whom It May Concern,

My name is Gary Savarino, and Anthony Licata is my Cousin.

I consider Anthony my brother and best friend,.

I went through a tough time in my life with my mother being ill.
My mother passed away two weeks ago, and Anthony was there for me every step of the way for me.

He would constantly show up at my house to see how I was doing and to see if I needed anything.

And he would say each time if I were to need anything he was here for me.

He is a loving husband and father who always has put the needs of his family and friends be his own.

It's not about Anthony Licata, but about everybody else.

Respectfully Yours,

Gary Savarino.

+

Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Date: February 24th 2020                                    United States v. Anthony Licata

Dear Judge Kuntz:

I am writing to urge leniency in the sentencing of my friend, Anthony Licata.

I have been a friend and served as spiritual advisor to Anthony for more than 25 years. He and I are both aware of the gravity of this situation and the repercussions it can lead to. But it is still difficult for me to grasp. This is not the man I know and I would like to give you a perspective that shows he is more than the person is being made out to be.

Anthony Licata has always been there for me and my family, always willing to lend a hand with everything from repairing my car to helping chauffer me to medical appointments. I honestly do not think I could have managed without his compassion and empathy.

Anthony is also a model dad to his 3 children, helping one through law school. But just as he is an amazing father, he is also a great uncle to all his nieces and nephews. His caring heart goes beyond family. He serves his community donating his time to soup kitchens and delivering food to the elderly as well as assisting senior citizen facilities. Anthony was right there in the trenches helping first responders at 9/11 without regard for his own safety.

I have been assisting him helping him evolve into an even better person. He is trying to become a better person and is a work in progress. And I am guiding him in this endeavor.

To this day Anthony Licata continues to do all in his power with my help to become a more self aware human being even becoming a better Christian with greater involvement in his parish.    I am currently trying to involve him even more in the community. I believe his experiences can better serve his community.

As his spiritual advisor I would like to continue to work with him and help him achieve greater inner peace and redemption.

                                                                        Yours Truly,

                                                Rev. Candido Perez +    208-409-5059

**Sylvester J. Sichenze**
**7703 Fifth Avenue**
**Brooklyn, New York 11209**

February 25, 2020

Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *__United States v. Licata, 18-CR-337 (WFK)__*

Dear Judge Kuntz,

I am a friend of Anthony Licata's and I've known Mr. Licata for over 10 years due to the fact that my younger daughter attended the same grammar school as his middle son. Recently, I was named the Chairman of St Ephrem Catholic Academy and I became familiar with Anthony due to the fact that his younger son attended St Ephrem Catholic Academy and graduated this past June. I am also the director of the Sports Program at St Ephrem therefore I find myself in constant contact with the children and their parents. I always found Anthony and his wife to be attentive and protective parents who always tried to provide their children with good life lessons and structure. When Anthony was away from his son, I saw a noticeable difference in his son's behavior and demeanor. Upon Anthony's return, his son improved academically and socially. It is my understanding he is doing very well in high school. I would ask the court to take Anthony's relationship with his family into consideration prior to sentencing him. His presence in his family's life is invaluable and will make a tremendous difference in their future. I truly appreciate your time in reviewing this letter.

With all due respect, very truly yours,
Sylvester J. Sichenze